**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DAMIAN LABEAUD, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-322** |
| **HERTZ CORPORATION, ET AL.** | **SECTION "B"(5)** |

## ORDER

Considering the Plaintiffs' "Motion to Dismiss" (Rec. Doc. No. 14),

**IT IS ORDERED** that the motion is **GRANTED**. Plaintiffs', Damian LaBeaud, Sabrina Randolph, and Jamara Lewis, claims against Defendants, The Hertz Corporation and Hertz Vehicles, LLC, are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, this 9th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE